UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT PHILLIP LEWIS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL NO. A-21-CV-00074-ADA |
| WILLIAMSON COUNTY, TEXAS, | § § § | |
| *Defendant*. | § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 142. The report recommends Defendant Williamson County, Texas' Motion for Summary Judgment (ECF No. 124) be **GRANTED**. The report and recommendation was filed on January 24, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on February 7, 2024. ECF No. 145. The Court has conducted a *de novo* review of the motion for summary judgment, the responses, the report and recommendation, the objection to the report and recommendation, and the applicable laws. After that thorough

review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower, ECF No. 142, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 124, is **GRANTED** in accordance with the Report and Recommendation.

**SIGNED** this 10th day of May, 2024.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**