IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SCOTT PHILLIP LEWIS,<br> *Plaintiff*, | § <br> § <br> § |
| v. | §   CIVIL ACTION NO. 1:21-cv-00074-ADA-SH |
| | § |
| WILLIAMSON COUNTY, TEXAS,<br> *Defendant*. | § <br> § |

**FINAL JUDGMENT**

On May 10, 2024, the Court adopted United States Magistrate Judge Susan Hightower's Report and Recommendation (Dkt. 150) concerning Defendant Williamson County's Motion for Summary Judgment (Dkt. 124) (R&R, Dkt. 142). The Court granted Defendant's Motion and ordered that Defendant is entitled to summary judgment on all remaining claims by Plaintiff against it.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that all pending motions are **DENIED,** and all Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each party bears its own costs.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** this 17th day of May, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE